IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Diego Armando Cantero, | ) | C/A No. 0:21-457-MBS |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Stevie Knight, *Warden*; M. Forsyth, *Camp Administrator*; M. Kimberley, *Associate Warden*; R. Bell, *Unit Manager (CB)*; R. Capers, *Case Manager*; Ms. Boatwright, *Case Manager*; C. Werts, *Case Manager*, | ) ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Diego Armando Cantero, a self-represented federal prisoner, filed this petition for a writ of habeas corpus. By order issued March 2, 2021, Petitioner was provided an opportunity to pay the filing fee or move to proceed *in forma pauperis*. (ECF No. 5.) Petitioner was warned that failure to do so within a specific time period would subject the case to dismissal. Petitioner did not respond to the Order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Charleston, South Carolina            Senior United States District Judge
April 9, 2021

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.