IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Diego Armando Cantero, | ) | |
| | ) | C/A No. 0:21-457-MBS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Stevie Knight, *Warden*; M. Forsyth, *Camp Administrator*; M. Kimberley, *Associate Warden*; R. Bell, *Unit Manager (CB)*; R. Capers, *Case Manager*; Ms. Boatwright, *Case Manager*; C. Werts, *Case Manager*, | ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner Diego Armando Cantero proceeding pro se filed a petition for a writ of habeas corpus.  By order issued March 2, 2021, the court instructed Petitioner to either pay the filing fee or move to proceed in forma pauperis.  ECF No. 5.  The court warned Petitioner that failure to do so within the specified period of time would subject the case to dismissal.  Petitioner did not respond to the order and therefore, by separate order issued April 9, 2021, the court dismissed the action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  ECF No. 9.

The matter is now before the court on Petitioner's motion to re-open the case, filed May 17, 2021.  ECF No. 12.  Petitioner asserts that he paid the $5.00 filing fee and for support attaches a copy of the recent transaction history for his Bureau of Prisons TRULINCS Commissary Account.  ECF No. 12-1.  The attached copy appears to reflect that $5.00 was credited to Petitioner's account on April 6, 2021.  In any event, the court's Finance Department reports that it has not received a payment from Petitioner.  Because Petitioner has not paid the

2

filing fee or submitted the necessary paperwork to proceed in forma pauperis, the court will deny

the motion to re-open the case, ECF No. 12.

**IT IS SO ORDERED**.

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

June 10, 2021
Columbia, South Carolina

2